In the Matter of the Arbitration between ERVAY J. BAKER, Appellant, and BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 2, OF THE TOWNS OF BATH, CAMERON, WHEELER, URBANA, THURSTON, AVOCA AND HOWARD, STEUBEN COUNTY, et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting a motion for a stay of arbitration proceedings.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See *post*, p. 1018.]

In the Matter of the Arbitration between ERVAY J. BAKER, Appellant, and BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 2, OF THE TOWNS OF BATH, CAMERON, WHEELER, URBANA, THURSTON, AVOCA AND HOWARD, STEUBEN COUNTY, et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting a motion for a stay of arbitration proceedings.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY F. SCOLESE, Appellant.— Judgment of conviction and order affirmed. All concur. (Appeal from a judgment convicting defendant of two charges of assault, third degree. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

DIANE LEWIS, an Infant, by DEAN J. LEWIS, Her Guardian ad Litem, Respondent, v. CITY OF GENEVA, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of negligent supervision of playground.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

RALPH M. KAYS, as Administrator of the Estate of MERLE O. KAYS, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31330.) — Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment entered on an order dismissing a claim for damages for the death of claimant's intestate alleged to have resulted by reason of negligent condition of lights at a highway intersection.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

JOYCE B. GOODRICH, as Administratrix of the Estate of CHARLES H. GOODRICH, Deceased, Plaintiff, v. FIRST NATIONAL BANK OF OLEAN, Defendant and Third-Party Plaintiff-Respondent. OTIS ELEVATOR COMPANY, Third-Party Defendant-Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying a motion by a third-party defendant to dismiss a third-party complaint, in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.